IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   4:13CR00297-01 DPM |
| | ) | |
| LILLIAN WASHAM | ) | |

## UNITED STATES' MOTION FOR WASHAM TO SHOW CAUSE WHY HER PRETRIAL RELEASE SHOULD NOT BE REVOKED

The defendant has failed to comply with certain conditions set by the Court allowing her to remain on bond pending her trial as set forth in a Petition of Action on Conditions of Pretrial Release executed under oath by Dorahn R. Garman which is incorporated herein by reference.

THEREFORE, for the foregoing reasons, the United States respectfully requests that that a summons be issued and that a hearing be held wherein Ms. Washam should be required to show cause why her pretrial release should not be revoked.

Respectfully submitted,

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY
/s/ Angela S. Jegley
By:   ANGELA S. JEGLEY
Bar No. 79100
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was filed by the electronic filing system in the district court clerk's office on this 8th day of April, 2014, and a copy of same will be sent to the defendant's attorney of record.

/s/ Angela S. Jegley
ANGELA S. JEGLEY