IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                    Case No. 4:13CR00297 DPM-01

LILLIAN WASHAM                                                         DEFENDANT

## ORDER

Pending before the Court is the Government's Motion to Revoke Pretrial Release and for Summons [DE #12]. A hearing on such motion is scheduled for Wednesday, April 16, 2014, at 2:00 p.m.

The Clerk's Office is directed to issue summons.

IT IS SO ORDERED this 9th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE