# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:13-cr-297–DPM

LILLIAN WASHAM                                                        DEFENDANT

## Sentencing Scheduling Order

Sentencing is set for **October 28, 2014 at 1:30 p.m. in B-155.** So the Court and all parties can prepare for the hearing, the Court sets the following schedule.

- Final PSR, including responses to objections, circulated ................................................... Received

- Motions to depart or vary and sentencing memoranda filed ............................... 20 October 2014

- Joint notice by filing about witnesses, estimated hearing length, likelihood of third point, and applicability of safety valve ............................................... 20 October 2014

- Responses to any departure or variance motions and responding memoranda filed ............................... 22 October 2014

January 2014

If any of these deadlines is not met, then the sentencing will be continued absent extraordinary circumstances.

So Ordered.

*D.P. Marshall Jr.*
**D.P. Marshall Jr.**
**United States District Judge**

**16 October 2014**

January 2014                                -2-